# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLORIA MARIE GREEN,** | : |
| | : |
| **Plaintiff** | :     **CIVIL ACTION NO. 3:12-1575** |
| | : |
| **v.** | : |
| | :     **(JUDGE MANNION)** |
| **CAROLYN COLVIN**[1] | |
| **Acting Commissioner of the** | : |
| **Social Security Administration** | |
| | : |
| | : |
| **Defendant** | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff's appeal, (Doc. No. 1), is **GRANTED**. The decision of the Commissioner is **REVERSED**, and the Commissioner is directed to award disability insurance benefits to plaintiff. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 24, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1575-01-order.wpd

---

[1]On February 14, 2013, Carolyn Colvin became acting Commissioner of the Social Security Administration. Pursuant to Fed.R.Civ.P. 25(d), she has been substituted as the defendant.